**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 26-mj-111** |
| **v.** | * | **SECTION: MAG** |
| **OMAR ADHAMI** | * | |

* * *

**ORDER**

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana, withdraw the original complaint filed in the above-captioned matter and replace it with the attached redacted version.

New Orleans, Louisiana, this 15th day of September, 2026.

Janis van Meerveld
HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE