FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA SRS
2026 SEP 29 PM0233
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-mj-111** |
| **v.** | * | **SECTION: MAG** |
| **OMAR ADHAMI** | * | |

* * *

**MOTION AND INCORPORATED MEMORANDUM**
**TO UNSEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the Complaint, Affidavit, and Arrest Warrant in the above-captioned case. The defendant is presently in custody and it is unnecessary for the Complaint, Affidavit, and Arrest Warrant to remain sealed.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3102
Email: greg.kennedy@usdoj.gov

___Fee___
___Process___
_X_Dktd___
___CtRmDep___
___Doc.No.___